UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RM-REA TCF, LLC,                                                     Case No. 25-CV-3457 (PJS/JFD)

           Plaintiff,

v.                                                                    ORDER

NOVEL INVESTMENTS HOLDCO LLC,

           Defendant.

Janna Satz Nugent and Emmett James Whelan, WOMBLE BOND DICKINSON (US) LLP; and Colin M. Bruns, Matthew T. Collins, Katherine E. Seivert Erdman, Katarzyna Kokoszka, Christian D. Poppe, and Robert L. Smith, FABYANSKE, WESTRA, HART & THOMPSON, P.A., for plaintiff.

Ben D. Kappelman and Roxanna Gonzalez, DORSEY & WHITNEY LLP, for defendant.

This matter came before the Court on plaintiff's motion for a preliminary injunction. The Court conducted a hearing on the motion on December 19, 2025. ECF No. 7. For the reasons explained at the hearing and briefly summarized below, the motion is denied.

As the Court explained at the hearing, RM-REA TCF, LLC ("RM-REA") has not established that, in the absence of a preliminary injunction, it will suffer irreparable harm. *Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981); *see also Watkins Inc. v. Lewis*, 346 F.3d 841, 844 (8th Cir. 2003) ("Failure to show irreparable harm

is an independently sufficient ground upon which to deny a preliminary injunction.") (citations omitted).  All of RM-REA's alleged harm either is highly speculative or would be fully compensated through money damages.  This is, after all, a business dispute, and money is ultimately the only thing that the parties have at stake.

Moreover, RM-REA has not made a strong showing of likelihood of success on the merits (as the crucial contractual term appears to be ambiguous), the balance of harms tilts towards defendant Novel Investments HoldCo LLC (because a preliminary injunction would cause Novel to lose its investment and result in a mid-stream change in management of the company that is the subject of this action), and the public interest does not favor either party.  *See Dataphase Sys., Inc.*, 640 F.2d at 114 (detailing these factors as ones to consider when deciding a motion for preliminary injunction).

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT plaintiff's motion for preliminary injunction [ECF No. 7] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 19, 2025                     /s/ Patrick J. Schiltz
                                             Patrick J. Schiltz, Chief Judge
                                             United States District Court